**11-CV-02119-SUP**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JEFFREY CHEN,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF MEDINA and DONNA HANSON,<br><br>               Defendants. | C11-2119 TSZ<br><br>VERDICT |

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

With regard to plaintiff's first (WLAD) claim, do you find that defendants engaged in an adverse employment action and that plaintiff's race and/or national origin was a substantial factor in such adverse employment action?

Answer:    Yes _✓_    No _____

VERDICT - 1

Question No. 2

With regard to plaintiff's second (§ 1981) claim, do you find that Donna Hanson engaged in an adverse employment action and that plaintiff's race was a substantial factor in such adverse employment action?

Answer:     Yes  ✓    No _____

Question No. 3

With regard to plaintiff's third (§ 1983) claim, do you find that Donna Hanson engaged in an adverse employment action and that plaintiff's race and/or national origin was a substantial factor in such adverse employment action?

Answer:     Yes  ✓    No _____

**If your answer to Question No. 1, Question No. 2, or Question No. 3 is "Yes," then proceed to Question No. 4.  If your answer to Question No. 1, Question No. 2, and Question No. 3 is "No," then proceed to Question No. 8.**

Question No. 4

On which adverse employment action or actions do you find for plaintiff?

Answer:

Forcing a Resignation or Placing
  on Paid Administrative Leave      Yes  ✓    No _____

Discharging Plaintiff              Yes  ✓    No _____

VERDICT - 2

Question No. 5

Do you find that defendants have proven by clear and convincing evidence that they would have engaged in the same adverse employment action even if plaintiff's race and/or national origin had played no role in the decision?  If you did not find for plaintiff as to a particular adverse employment action, then check "N/A" as to that action.

Answer:

| | | | |
|---|---|---|---|
| Forcing a Resignation or Placing on Paid Administrative Leave | Yes _____ | No _✓_ | N/A _____ |
| Discharging Plaintiff | Yes _____ | No _✓_ | N/A _____ |

**If your answer to Question No. 5 is "No" as to one or more adverse employment actions, then proceed to Question No. 6.  If your answer to Question No. 5 is "Yes" or "N/A" as to all adverse employment actions, then proceed to Question No. 8.**

Question No. 6

Do you find that defendants have proven by a preponderance of the evidence that Donna Hanson would have engaged in the same adverse employment action even if plaintiff's race and/or national origin had played no role in the decision?  If you did not find for plaintiff as to a particular adverse employment action, then check "N/A" as to that action.

VERDICT - 3

1   Answer:

2   Forcing a Resignation or Placing
      on Paid Administrative Leave        Yes _____   No ✓   N/A _____

3
    Discharging Plaintiff                 Yes _____   No ✓   N/A _____
4

5
    Question No. 7
6
    What amount of damages, if any, do you award to plaintiff on his first (WLAD),
7
    second (§ 1981), and/or third (§ 1983) claims?
8
    Answer:
9
                              WLAD            § 1981          § 1983
10
    Back Pay (Lost Wages)    $ 237,900      $ 237,900       $ 237,900
11
    Back Pay (Lost Benefits) $ 47,580       $ 47,580        $ 47,580
12
    Front Pay                $ 1,650,000    $ 1,650,000     $ 1,650,000
13
    Emotional Harm           $ 100,000      $ 100,000       $ 100,000
14

15
    Question No. 8
16
    With regard to plaintiff's fourth (substantive due process) claim, do you find in
17
    favor of plaintiff?
18
    Answer:    Yes ✓   No _____
19

20

21

22

23

VERDICT - 4

If your answer to Question No. 8 is "Yes," then proceed to Question No. 9.  If your answer to Question No. 8 is "No," then skip Question No. 9, and proceed to the instructions immediately after Question No. 9.

Question No. 9

What amount of damages, if any, do you award to plaintiff on his fourth (substantive due process) claim?

Answer:  Back Pay        $ _285,480_

Front Pay       $ _1,650,000_

Emotional Harm  $ _100,000_

If you answered "Yes" to Question No. 2, Question No. 3, or Question No. 8, then proceed to Question No. 10.  If you answered "No" to Question No. 2, Question No. 3, and Question No. 8, then sign and date the Verdict form.

Question No. 10

Do you find that Donna Hanson's conduct was malicious, oppressive, or in reckless disregard of plaintiff's rights?

Answer:   Yes _✓_   No _____

If your answer to Question No. 10 is "Yes," then proceed to Question No. 11. If your answer to Question No. 10 is "No," then sign and date the Verdict form.

VERDICT - 5

Question No. 11

What amount of punitive damages, if any, do you award against Donna Hanson?

Answer:      $ __25,000__

DATED this 26 day of March_____, 2013.

_____
Presiding Juror

VERDICT - 6