THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY CHEN,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF MEDINA, et al.,<br><br>            Defendants. | CASE NO. C11-2119-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motions in limine (Dkt. No. 422), Defendant's motions in limine (Dkt. No. 418), and Defendants' supplemental motions in limine (Dkt. No. 460). The motions are granted and denied as follows:

**Plaintiff's Motions in Limine**

*A. Personal Matters*

- Chen's marriage and reasons for dissolution – DENIED
- Alleged gambling issue – DENIED
- Relationship between Plaintiff and Shawn Whitney – DENIED
- References to Plaintiff's relationship with Patty Jordan as other than platonic – GRANTED

*B. Prior Employment*

- Employment with the Seattle Police Department - GRANTED

*C. Violations of Laws & Policies of the City of Medina*

- Misplaced/lost items at City of Medina – DENIED
- Use of Chen's City vehicle – DENIED
- Violation of a law or policy related to the email system – DENIED
- Executive Session – DENIED

*D. "Certain Testimony of Lay Witnesses"*

- Testimony from Rachel Baker regarding contents of reports run in MX Logic – DENIED
- Testimony of Matt Cruz and Nathan Way relating to reports from Rachel Baker – DENIED
- Testimony of Bret Jordan about Donna Hanson's performance evaluations in 2010 – DENIED
- Ellen Lenhart's testimony – DENIED

*E. Expert testimony*

- Dr. Wilson Edward Reed's exclusion by the court in a previous case – DENIED
- Dr. Reed's lack of experience testifying in court – DENIED
- Testimony of Dr. Gerald Rosen regarding Chen's personality traits – DENIED

Remarks about Plaintiff's counsel – GRANTED

**Defendants' Motions in Limine**

*Previous Motions in Limine*

- Testimony or evidence regarding alleged discrimination, hostile work environment, or a "culture of racial bias and discrimination" directed at persons other than plaintiff – GRANTED

- Testimony that Medina is a racist community or that there has been alleged racism by the City towards others in the community – GRANTED

- That only two allegedly race-based comments are admissible at trial – DENIED

- Testimony or evidence of a specific statement by Bruce Disend during a City Council meeting – GRANTED

- Reference to or evidence concerning the alleged use of a racial slur by Scott Hannah – GRANTED

- Reference to or evidence regarding Washington Cities Insurance Authority ("WCIA") – GRANTED

- Reference to or evidence regarding settlement discussions – GRANTED

- Reference to or evidence regarding the wealth or income of the Medina community and/or the City's ability to pay any judgment – GRANTED

- Exclusion of non-party witnesses from the courtroom prior to testifying – GRANTED

- Testimony or evidence regarding alleged discrimination or retaliatory comments made by community members – GRANTED

- Reference to or evidence regarding personal information relating to Lt. Dan Yourkoski – GRANTED

- Testimony of Wilson Edward Reed that relies on speculation, hearsay, or other matters not admitted as evidence during the trial; testimony of Mr. Reed about legal conclusions; testimony other than admissible opinion set forth in Mr. Reed's July 11, 2012 report, his supplemental report dated August 20, 1012 and filed September 21, 2012, his declaration dated December 21, 2012, and opinions expressed during his November 21, 2012 deposition – GRANTED

- Use of excerpts of videographic recordings of deposition testimony or audio or video recordings for any purpose other than impeachment, including during opening statements – DENIED in part as to use of a party's deposition; GRANTED in part as to use of a non-party's deposition during opening statements.

- Attorney-client privileged or work-product-protected evidence – GRANTED

*Defendants' Motions in Limine*

A. Evidence related to an Internal Affairs Complaint filed by Plaintiff in September 2013 – GRANTED

B. Contact with Defendants' witnesses – DENIED

C. All testimony from Dr. Wilson Reed, Plaintiff's discrimination expert – DENIED

D. Introduction of evidence related to Plaintiff's employment at the Seattle Police Department – DENIED

E. Evidence related to the health issues of Plaintiff or Plaintiff's family – GRANTED

F. Evidence about Plaintiff's law-enforcement-certification status – GRANTED

G. Evidence about the prior trial's outcome – GRANTED

H. Nomenclature – testimony in the first trial will be referred to as being given during "prior legal proceedings."

J. The parties and their counsel shall instruct witnesses about the Court's orders.

*Supplemental Motions in Limine*

A. Testimony of Norm Stamper related to anything to do with race relations or discrimination – DENIED

B. Testimony of Mark Newton on subjects not previously authorized – GRANTED

C. Evidence of personnel decisions made by the new City Manager – DENIED

DATED this 11th day of August 2014.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE