# EXHIBIT A



**CITY OF MEDINA POLICE DEPARTMENT**
**Office of the Police Chief**
**501 Evergreen Point Road, Medina, WA 98039**          425.233.6420
**www.medina-wa.gov**

---

**DATE:**     October 15, 2009

**TO:**       Donna Hanson, City Manager

**FROM:**     Jeffrey Chen, Police Chief

**RE:**       **EXECUTIVE SUMMARY TO CITY MANAGER**

During our recent September 28, 2009 meeting, we discussed ways of improving communication between our offices. Please accept this memo as an Executive Summary of significant accomplishments achieved by me and Police Department to date. I hope you find this useful.

_Administration and Operations:_

The Police Department continues to meet and exceed all the standards required by the Washington Association of Sheriffs and Police Chiefs (WASPC) to maintain its status as an accredited law enforcement agency. At the present time we are implementing the recently revised and more comprehensive/stringent standards now mandated by WASPC for our imminent re-accreditation of the Police Department. We have begun transitioning our current policy manual into the LEXIPOL format.

Proven benefits of participation in the WASPC accreditation program include:

1. Improved morale within the police agency.

2. Increased credibility with governing body.

3. Increased pride in the agency.

4. Systemized self-assessment.

5. Broadened perspectives.

6. Intensified administrative and operational effectiveness.

7. Confidence that recruitment, selection, and promotion processes are fair and equitable.

8. Strengthened understanding of agency policies and procedures by all police personnel.

9. Decreased susceptibility to litigation and costly civil court settlements.

10. Potential reduction in premiums for liability insurance.

11. Greater public confidence in the agency.

12. State and local acknowledgment of professional competence.

In concert with my regular duties, I represent the Medina Police Department on a number of intelligence, public safety and academic boards and associations important to our organizational and public safety responsibilities to include:

1. Vice Chair for the King County Emergency Management Advisory Council (EMAC) in 2010 and in-coming Chair for 2011.
2. Chair of the Homeland Security Law Enforcement Terrorism Prevention Program (LETPP) committee for the King County Chiefs' Association.
3. Member of the Board, Washington State Behind the Badge Foundation
4. Policy Board Member, King County Region 6 Incident Management Team (IMT) Working Group
5. Member, Coalition of Small City Police Agencies (CSPA) in King County
6. Member, International Association of Chiefs of Police (IACP)
7. Member, Federal Bureau of Investigations (FBI) National Academy Associates
8. Member, King County Police Chiefs Association (KCPCA)
9. Member, Rotary Club of Bellevue
10. Member, Northwest Police Accreditation Coalition (NWPAC)
11. Board of Director, Eastside Domestic Violence Program (EDVP)

In 2009, the Medina Police Department coordinated the local law enforcement response in support of an International dignitary visit by the President of Zimbabwe into our jurisdiction. Additionally we have had several U.S. Presidential and gubernatorial hopefuls for upcoming elections attend large events locally. I also supervised the Chief Executive Officer (CEO) summit of the world's most prominent businesses gathering at a local resident's home. In each instance, when applicable, I also recovered reimbursable costs to the city.

During 2009, the Police Department continued our work in a solid False Alarm Reduction Program, including training/educational classes for residents, and fines for excessive alarms. This year, there has been an increase in false alarms from 204 in 2008 to 272 to date in 2009.

This year, once the Public Safety Enhanced Camera System was put in place, I oversaw the integration of software, hardware and functional operation of the camera system. I also drafted policies that are currently under review by the city attorney's office. This initiative has proven to be very complex and labor intensive.

This year, in addition to attending operational meetings, I have overseen the transition of our dispatch communications from Kirkland to NORCOM. This has also proven to be very complex and labor intensive.

As incident commander, I personally led the police department's response during a major snow and windstorm in late 2008 and early 2009. Both major events were handled professionally to the satisfaction of the community.

### Training accomplishments:

To enhance our recruitment visibility, the Medina Police Department has worked with student interns in the Society and Justice Program, University of Washington and the Criminal Justice Program, Bellevue Community College, to provide first-hand experiences in municipal law enforcement.

The Medina Police Department continues to meet or exceed the mandatory training requirements of 24 hours each year per officer as set by Revised Code of Washington (RCW) and Washington Administrative Code (WAC).

I was featured again as an instructor/facilitator in the Criminal Justice Training Commission's internet class on "Eliminating Bias from Policing," a mandatory course of instruction for all departments and their respective officers in the State of Washington.

The Medina Police Department participated in 2 regional functional tabletop exercises for emergency preparedness. The Mobile Communications Center (MCC) was deployed in every exercise as the command post and field base of operations. Additionally I continue to regularly participate in on the air roll calls and confidence testing of our in city VHF radio system with citizen volunteers.

### Outreach accomplishments:

- The community awareness program, *E-LERT®* an email system for the timely dissemination of public safety information to interested residents continues to be our most popular service. This program is the first of its kind in the nation and has served as a model for other programs throughout the country. The name E-LERT ® is a registered Trademark of the City of Medina Police Department. To date, I have issued 21 E-lerts. Currently there are 1112 subscribers. I also have created a Medina Police Department Facebook page to further enhance our outreach to the public. We have over 50 people signed up on that medium.

- I developed a Medina Volunteers in Police Service (VIPS) program and curriculum intended on increasing public safety and citizen participation in emergency preparedness. This is fast becoming one of the most popular Police Department programs in partnership with our citizens. We currently have over 60 citizens signed up as volunteers. Three training class have already been delivered this year.

- I hosted a number of regional monthly meetings for Washington State Law Enforcement Officers Memorial, Eastside Chiefs, Coalition of Small Police Agencies, LETPP working group and numerous community meetings.

- This year, the Medina Police Department Mobile Communications Center (MCC) has been requested and deployed under my leadership by other local police agencies in support of their emergencies on 6 occasions.

### Criminal Activity and Investigations for Medina and Hunts Point:

To date, our officers responded to nearly 4000 calls for service in Medina and Hunts Point. We have filed 42 felony and 63 misdemeanor cases in Medina and no felony and 14 misdemeanor cases in Hunts Point. A true success this year is the capture of 3 residential burglars who were literally caught in the act by responding officers. We were able to file charges in all but two of those cases resulting in a 75% exceptional arrest rate despite the lack of a full time investigative unit.

The Town of Hunts Point continues to enjoy a relatively crime free year. There were no residential burglaries that occurred thus extending this crime free streak to over 49 months. We continue to attribute this success as a result of the town's surveillance cameras, our close working relationship with the Town, our responsive police services and community outreach programs for crime prevention.

In 2009 the Medina Police Department responded to 38 independent citizen complaints of speeding within our jurisdiction. The MPD provided overt and covert traffic emphasis in marked, unmarked and bicycle units in addition to the placement of the speed radar trailer and an unmanned patrol vehicle in an effort to calm traffic speeds. We also worked diligently with our Public Works Engineer to identify environmental design options (CPTED).

### Recruitment Accomplishments:

As part of its growing reputation as a highly professional, well trained and community-oriented police agency, the Medina Police Department has attracted three new officers, two of which are about to graduate from the police academy very soon. This has rounded out our police department and brought us up to a full complement.

*Grant Funding Accomplishments:*

- During this year I applied for and received approximately $25,000 in federal and state grants for equipment, personnel and training.  One of the grants was from a CTED grant for $9,999 that will be used to enhance our public safety camera system. This brings the total amounts of such grants secured by me in the past five years to over $700,000. *Mobile Emergency Communications Center* - Secured an additional $2,516 – through a Law Enforcement Terrorism Prevention federal grant for additional interoperable communications equipment for our mobile emergency communications center.



## Properties ˅

| | |
|---|---|
| Size | 124KB |
| Pages | 4 |
| Words | 1418 |
| Total Editing Time | 0 Minutes |
| Title | Professional Memo |
| Tags | Add a tag |
| Comments | Add comments |

### Related Dates

| | |
|---|---|
| Last Modified | 10/23/2009 1:28 PM |
| Created | 10/23/2009 1:28 PM |
| Last Printed | 12/20/2007 1:23 PM |

### Related People

| | |
|---|---|
| Author | Jeff Chen |
| | Add an author |
| Last Modified By | Not saved yet |

### Related Documents

Open File Location

Show All Properties

# EXHIBIT B



**CITY OF MEDINA POLICE DEPARTMENT**
**Office of the Police Chief**
**501 Evergreen Point Road, Medina, WA 98039**
**www.medina-wa.gov**                                              **425.233.6420**

---

**DATE:**        December 31, 2008

**TO:**           Donna Hanson, City Manager

**FROM:**      Jeffrey Chen, Police Chief

**RE:**           **2009 POLICE DEPARTMENT GOALS**


MISSION:

*The Medina Police Department is Committed to Providing Service that Exceeds Expectations.*

VISION:

*Our Police Department is committed to providing excellence in public service to our community.*


CHALLENGES FACING PUBLIC SAFETY:

- Tremendous growth of nearby downtown Bellevue. This will have both +/- impacts to our community. Increased traffic and crime are predicted.
- Installation of the enhanced public safety camera system
- Emergency Preparedness efforts through citizen assistance. (Emerg Prep committee, CERT, VIPS)
- Recruitment and retention issues that negatively impact staffing levels.
- NORCOM transition
- Continued PDA requests that over tax/burden our personnel. (especially the targeted complaints against individuals)
- Increased jail costs and looming JAG/JOG issues
- Continue to provide exceptional service to contract Town of Hunts Point


GOALS AND OPERATIONAL OBJECTIVES:

- To ensure proper E-911 response capabilities for citizens are present.
- Maintain competent crime detection and investigative expertise.
- Contribute toward community awareness and education.
- To continue mentoring and empowering staff for growth and development for transition of power.
- To cultivate public/private partnerships that will help fortify and increase public safety.
- To continue to strive toward meeting our Police Department mission, vision and teamwork standards.
- To move closer towards the renovation of the Medina Police Department facility.

1

- To meet and gain re-accreditation status with WASPC.
- Address citizen traffic concerns by reducing traffic speed in our neighborhoods.
- Maintain the feeling of a high level of safety and security.



## Properties ▾

| | |
|---|---|
| Size | 106KB |
| Pages | 2 |
| Words | 262 |
| Total Editing Time | 4 Minutes |
| Title | Professional Memo |
| Tags | Add a tag |
| Comments | Add comments |

### Related Dates

| | |
|---|---|
| Last Modified | 12/30/2008 10:02 AM |
| Created | 12/30/2008 10:02 AM |
| Last Printed | 12/30/2008 10:02 AM |

### Related People

| | |
|---|---|
| Author | Jeff Chen |
| | Add an author |
| Last Modified By | Not saved yet |

### Related Documents

Open File Location

Show All Properties

# EXHIBIT C



**CITY OF MEDINA POLICE DEPARTMENT**
**Office of the Police Chief**
**501 Evergreen Point Road, Medina, WA 98039**          **425.233.6420**
**www.medina-wa.gov**

---

**DATE:**          February 18, 2010

**TO:**          Donna Hanson, City Manager

**FROM:**          Jeffrey Chen, Police Chief

**RE:**          **Impact to Police operations related to impending facility move**

As we progress closer to the impending vacation of the current city hall location to temporary facilities still to be determined, here are some prominent issues that would impact police services to the citizens and require some consideration:

1. State Accredited Police Agency - We need a temporary site that has adequate security measures, both physical and technological. By department policy, we must be able to safeguard to accreditation standards our facility, evidence locker, weapons, law enforcement sensitive records, police cars and other miscellaneous equipment. We need to maintain strict chain of custody measures for court cases. If we do not, pending criminal cases could be jeopardized. For example, we must routinely check if our weapons are loaded or not and need a safe backdrop to perform safe manipulation of the weapons. However small, there is always a risk for an accidental discharge and a .223 rifle round can travel a great distance and cause damage if backdrop is not considered. The police department's accreditation status could be revoked if we are found in non-compliance with our policies.

2. Response time and easy access to police services by the public/victims – Our public safety services and response should not reside outside of our jurisdiction. This is not only a safety issue for the citizens but a public perception one.

3. Technological requirements – Among our multiple police systems that require segregation from other routine city systems, we need fiber to maintain our secure encrypted point to point connection with Kirkland PD. We need a secure facility with the commensurate power and fiber/cable hookups for our servers, clear wire, antennas, camera system and network.

4. Supervision of Lifeguard program – the police department manages this seasonal program from the recruitment to the daily operations. If the city decides to keep the beach open as an amenity for the community to enjoy this summer and wants it staffed with lifeguards, I would suggest our proximity to the beach be an important consideration.

1



## Properties ˅

| | |
|---|---|
| Size | 107KB |
| Pages | 1 |
| Words | 370 |
| Total Editing Time | 106 Minutes |
| Title | Professional Memo |
| Tags | Add a tag |
| Comments | Add comments |

### Related Dates

| | |
|---|---|
| Last Modified | 2/19/2010 8:51 AM |
| Created | 2/18/2010 1:34 PM |
| Last Printed | 5/30/2008 3:43 PM |

### Related People

| | |
|---|---|
| Author | Jeff Chen |
| | Add an author |
| Last Modified By | Not saved yet |

### Related Documents

Open File Location

Show All Properties

# EXHIBIT D



MEDINA POLICE DEPARTMENT

# Memorandum

DATE:         October 28, 2010

TO:           File

FROM:         Jeffrey Chen, Police Chief

SUBJECT:      DON EAGON COMMENT

On 10/25/10 at approximately 12:15 hours, Sergeant John Kane met me roadside in the 7900 block of Overlake Drive West while we were preparing for the arrival of the FLOTUS.

Sergeant Kane informed me he had just (within the hour) had conversation/interaction with IT consultant Don Eagon and was disturbed to hear that Craig Fischer had confided in Don that he had been monitoring e-mails between the Mayor and City Manager as Craig was concerned for the stability and future of his job.  Sergeant Kane further went on to mention that Don Eagon was having such personal conflict over knowing this disclosure from Craig that he consulted with his personal attorney who recommended he bring it forward to superiors in the city.

I later learned from Officer Emmet Knott that Don Eagon had also informed him of the same information. Officer Knott stated he heard from Don Eagon that Rachel Baker said the e-mails were subject to public disclosure and that it wasn't a big deal.

After the 10AM 10/26/10 staff meeting, I brought this information forward to City Manager Donna Hanson in her office.  Donna stated she is aware of the issue and the matter is being fully investigated and the city attorney has been advised.  Donna then asked Rachel Baker to come into her office with us.  Donna asked Rachel if Don had told her of his disclosure to others, namely in the police department.  Rachel stated she did not know Don had told others and appeared shocked by this.  I closed by stating I just wanted to make sure Donna was aware that officers in the PD were aware.

END OF MEETING.



Properties ▾

| | |
|---|---|
| Size | 113KB |
| Pages | 2 |
| Words | 294 |
| Total Editing Time | 10 Minutes |
| Title | Medina Police Department |
| Tags | Add a tag |
| Comments | Add comments |

**Related Dates**

| | |
|---|---|
| Last Modified | 10/27/2010 12:45 PM |
| Created | 10/26/2010 11:22 AM |
| Last Printed | 10/26/2010 1:19 PM |

**Related People**

| | |
|---|---|
| Author | image |
| | Add an author |
| Last Modified By | Not saved yet |

**Related Documents**

☐ Open File Location

🔗 Edit Links to Files

Show All Properties

# EXHIBIT E



**CITY OF MEDINA POLICE DEPARTMENT**
**Office of the Police Chief**
**501 Evergreen Point Road, Medina, WA 98039**        **425.233.6420**
**www.medina-wa.gov**

---

**DATE:**        March 7, 2007

**TO:**           Mayor and City Council

**FROM:**      Jeffrey Chen, Police Chief

**RE:**           Enhanced Public Safety System (EPSS)

## PUBLIC SAFETY SYSTEM STATUS UPDATE

BACKGROUND:

At the January 8, 2007 City Council meeting, the Police Department was asked to re-examine the feasibility of creating an **Enhanced Public Safety System** (EPSS) that could be strategically placed and exclusively controlled and monitored by the Medina Police Department for the limited and specific purpose of increasing the level of safety and security for the citizens of Medina. It is also worthy to note this initiative would act as a force multiplier for the Police Department without the need to increase personnel/full time equivalents (FTE's) in order to manage and operate the system.

During the February 12, 2007 city council meeting, further direction was given by the council majority as excerpted from the Feb 12th meeting minutes;
*The council expressed support for a budget amendment at the appropriate time and requested a future presentation identifying two levels of implementation and associated costs for council's review during May.  Council requested to be provided with regular updates prior to May.*

JUSTIFICATION:

- In September 2005, the Town of Hunts Point, decided to put in place a closed circuit camera system in response to concerns about public safety. Their single location camera system is monitored by the Medina Police Department. Compared to 2005 crime statistics, the Town of Hunts Point's 2006 felony crime rate dropped over 125% and overall crime rate dropped 20%, just after their camera system and signage. The cost of one single location for the Town of Hunts Point public safety camera system was $75,000.  The significant drop in the overall Hunts Point's crime rate has been so evident (eight felony crimes in 2006 compared to nineteen in 2005), these numbers rival their all time lows observed back in 1993.

- The City of Medina experienced an increase in vehicle prowling activity from 40 in 2006 versus 19 in 2005, a 100 percent increase. This has precipitated the Medina City Council to request a second look at this initiative for Medina. The number of car prowls in 2006 would have likely been reduced by having an EPSS with plate recognition.

- Construction related activity and issues in the city of Medina is a daily occurrence.  With these projects brings a volume of activity, unknown vehicles and working population that continually moves in and out of our community. This surge of cars and people increases the potential for speeding and parking concerns negatively impacting our residents.
- Especially during the warmer months of the year, with this system, the police department will have better means to monitor increased summer traffic to our local parks and beach from either a central location or from a mobile unit.
- With infrared cameras, this can create more local night watch capabilities for our night time police officer(s) and also increase officer safety which will ultimately reduce our city's liability.
- When disaster strikes, we can monitor our entire jurisdiction from multiple mobile locations so as to enhance our emergency preparedness.  (i.e. most recent windstorm causing power outage and street blockages by fallen trees.)
- With the on-going difficulty in attracting and retaining qualified police officers nationwide, the use of technology helps off set any shortages of manpower that a city might encounter.

POSSIBLE LOCATIONS "prioritized":

Staff has previously identified fourteen strategic minimal locations for street (does not address waterfront) coverage in Medina where closed circuit cameras could be a cost effective and viable option in increasing the public's safety. The following locations are examples in prioritized order:

1. NE 12th/84th Avenue NE (this intersection will need to be examined closely as there are actually three ways into Medina, NE 12th, 84th Avenue NE and 82nd Avenue NE.)
2. NE 24th/84th Avenue NE
3. Overlake Drive East/Lake Washington Blvd
4. NE 10th/Lake Washington Blvd
5. E/B 520 to S/B 84th Ave
6. 84th Avenue NE and 82nd Avenue NE
7. Groat Point/Overlake Dr. W (two directions at corner)
8. Park and Ride Lot on Evergreen Point Road (three directions N,S and cover Park n Ride lot)
9. NE 24th/Evergreen (three directions N,S,E)
10. NE 12th/Evergreen (three directions N,S,E)
11. NE 8th/Evergreen (3 directions N,S,E)
12. Overlake Drive West/Evergreen (three directions N,S,E)
13. Overlake Drive West/84th Avenue NE (all directions N,S,E,W)
14. Medina Circle entrance.

"OPERATIONAL" SYSTEM REQUIREMENTS:

1. The Medina Police Department requires a fixed camera based license plate recognition system improving officer safety and effectiveness.
2. Using cameras mounted on municipal infrastructure, the system will scan the surrounding area for license plates, and capture color images of each vehicle, as well as an infrared image of the plate.
3. The plate will be converted into a text file that is then checked against databases of interest (RAIN, LINX, WASIC, DOL and Private Databases) for stolen vehicles, wanted felons, AMBER alerts, etc.
4. In the event of a "match", an audible and visual alert notifies the officer, office or dispatcher.

5. Integration with Google maps will pin-point the location of the "match" and display "match" information on remote office desktops or vehicle mounted mobile laptops.
6. Scanned and stored data must be available for data mining and intelligence purposes.
7. Provides high volume license plate capture and accurate license plate recognition for vehicles moving at speeds up to 160 mph
8. Provides significant officer productivity improvements as compared to traditional manual license plate searches
9. Capable of interfacing with private as well as, local state and federal databases
10. System will be capable of keeping close watch for public safety, in addition to ALPR

"TECHNICAL" SYSTEM REQUIREMENTS:

1. Dual channel camera (with integrated infrared and color)
2. Camera and processor integrated into a single housing unit
3. Variable infrared camera settings to obtain highest confidence plate read
4. Rugged weatherproof enclosure sealed to IP67 Standards
5. Internal real-time video self-triggering
6. External trigger input support
7. TCP / IP Ethernet with socket and FTP protocols, relay output, RS232, true IP connectivity over GPRS / GSM, 802.11, and 802.16
8. Standard software MPEG4 compression
9. Ability to send SMS text messages on database hits or events
10. Optional compact flash storage of up to 6GB
11. Low power operation (12-18V)
12. Battery power capability
13. Fully web-enabled, IP-addressable device
14. Provide 128 to 256-hardware encryption and FIPS 140-2 capability
15. Operation in total darkness, bright sunlight, or adverse weather conditions

COST ESTIMATE:

Costs associated with constructing a usable and robust public safety system are estimated and reliant on a number of factors to include number of cameras, quality of the system, infrared capability, data storage, wireless or fiber, use of light poles, availability of power at light poles, capital, operations, maintenance and replacement costs. Superficial discussions with vendors suppose costs to include designing, engineering and equipment acquisition to complete phases 1 – 3 would be around $450,000. To address Phase 4 and/or 5 would bring the total costs to complete this project to $550,000.

Phase 1 – Complete planning, engineering and pilot phase of the project.
Phase 2 - Complete construction for six locations previously identified in priority order.
Phase 3 – Build out the remaining locations to the same specifications as in Phase 2.
Phase 4 – Equip all cruisers with the mobile license plate recognition system to cover the locations where fixed cameras are not installed
Phase 5 – at our high traffic intersections, we can integrate speed radar monitoring signs that will help reduce speeders. i.e. 83rd NE speed sign.

FUNDING OPTIONS:

The City could pursue a number of different options in an effort to fund or defray costs associated with implementing this Public Safety System to include:

- Seek and pursue grant funding streams.
- If citizens are willing to donate, accept citizen donation.
- Seek a mid-year budget amendment  to fund this project
- Re-prioritize and/or re-allocate existing funding from 2007 budget.
- Fund this project through a combination of all of the above
- If funding is limited, the Public Safety System could be built out in phases where cameras would be first placed at the major intersections. Other locations could be added at a later date as funding comes available.

## STAFF RECOMMENDED COURSE OF ACTION:

1. Create a citizen review group to work with the Chief on this project
2. Document Medina requirements for an ALPR System
3. Complete a technology review of 1-2 other ALPR products
4. Request and check references for Platescan and Other potential ALPR systems
5. Visit a municipality with a working ALPR system, for a demonstration and discussion of the technology and implementation best practices
6. Talk with additional ALPR users regarding the technology and best practices
7. Utilize a notice to proceed process to set project goals and accountability
8. Validate compatibility of systems to local, regional and federal database systems
9. Develop project schedule
10. Complete a site survey at proposed locations to identify available infrastructure
11. Develop and refine a critical list of the bill of materials
12. Develop architectural and/or one-line cad design

## SUMMARY

The Enhanced Public Safety System (EPSS) will maximize our Police Department's ability to protect and effectively service the community. The result will be an increase in the citizen's security and their homes.  With the planned minimal system installed, we can maximize the quality of living for all residents.



## Properties ⌄

| | |
|---|---|
| Size | 123KB |
| Pages | 4 |
| Words | 1491 |
| Total Editing Time | 0 Minutes |
| Title | Professional Memo |
| Tags | Add a tag |
| Comments | Add comments |

### Related Dates

| | |
|---|---|
| Last Modified | 3/7/2007 10:26 AM |
| Created | 3/7/2007 10:26 AM |
| Last Printed | 1/23/2006 4:09 PM |

### Related People

| | |
|---|---|
| Author | Jeff Chen |
| | Add an author |
| Last Modified By | Jeff Chen |

### Related Documents

☐ Open File Location

Show All Properties

# EXHIBIT F



MEDINA POLICE DEPARTMENT

# Memorandum

DATE:          December 29, 2008

TO:            Donna Hanson, City Manager

FROM:          Jeffrey Chen, Police Chief

SUBJECT:       Police Chief Emergency Pay

During the month of December, 2006 the Medina Police Department experienced an unusual shortage of personnel. In addition to the personnel shortage, the city suffered a week long emergency period due to several snow storms with heavy accumulations and the police department was responsible for investigating a complex theft case that received broad media attention.

Due to this unusual circumstance, I met with you on to seek authorization to work extra shift duty in addition to my other regularly assigned police chief duties. You approved me to work the additional overtime for overtime compensation.

The hours submitted in the attached overtime forms represents the extra hours worked during the theft investigation and the snow storm emergency time frame.

# EXHIBIT G

| Name | Date modified | Type | Size | Folder |
|------|---------------|------|------|--------|
| jeffchenemails | 2/1/2011 3:41 PM | Outlook Data File | 345,729 KB | Jeff Chen (G:\SanDisk Cruzer provided by city on 8.19.14) |
| archive | 12/20/2010 12:53 ... | Outlook Data File | 5,473 KB | Jeff Chen (G:\SanDisk Cruzer provided by city on 8.19.14) |
| outlook | 6/5/2001 1:13 PM | Outlook Data File | 96 KB | Outlook (G:\SanDisk Cruzer provided by city on 8.19.14\Jeff Chen\ad... |

# EXHIBIT H



## Properties ▾

| | |
|---|---|
| Size | 112KB |
| Pages | 1 |
| Words | 141 |
| Total Editing Time | 9 Minutes |
| Title | Medina Police Department |
| Tags | Add a tag |
| Comments | Add comments |

## Related Dates

| | |
|---|---|
| Last Modified | 12/23/2008 10:18 AM |
| Created | 12/23/2008 10:18 AM |
| Last Printed | 12/23/2008 10:14 AM |

## Related People

| | |
|---|---|
| Author | image |
| | Add an author |
| Last Modified By | Not saved yet |

## Related Documents

☐ Open File Location

🔗 Edit Links to Files

Show All Properties

# EXHIBIT I

# December 2010

Search Calendar (Ctrl+E)

From Nov 26

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Nov 28** | 29 | 30 | **Dec 1** | 2 | 3 | 4 |
| 6:30pm VHF radio check | Sherri's time w/kids | 2:30pm<br>9:00am<br>10:00am Staff mtg; Coun. | 10:01am Brock | My time w/kids | | 7:30pm Copy: HIGH SCH |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| My time w/kids<br>6:30pm VHF radio check | 9:00am<br>2:30pm<br>8:00am | 10:00am Staff mtg; Coun.<br>Sherri's time w/kids | 2:30pm<br>9:00am<br>9:00am CSPA Meeting | My time w/kids | 2:30pm<br>9:00am | |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| Sherri's time w/kids<br>6:30pm VHF radio check | 9:00am<br>11:30am RE: Low light fir<br>2:00pm INTERVIEW WITH | 2:30pm<br>10:00am Staff mtg; Coun.<br>2:30pm IMT Governance | 10:00am Copy: King Cour<br>7:00pm Emerg prep mee | My time w/kids | Diana's birthday | 7:00pm Kane Xmas Party |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| My time w/kids<br>6:30pm VHF radio check | 9:00am<br>2:30pm<br>1:00pm Copy: DEPARTMI | Vanessa's birthday<br>Sherri's time w/kids<br>10:00am Staff mtg; Coun. | 2:30pm<br>9:00am | My time w/kids | 2:30pm<br>9:00am | Sherri's time w/kids |
| 26 | 27 | 28 | 29 | 30 | 31 | Jan 1, 11 |
| Sherri's time w/kids<br>6:30pm VHF radio check | 9:00am Range Day | 2:30pm<br>Beatrice's birthday<br>10:00am Staff mtg; Coun. | | My time w/kids | | To Jan 3 |

11/28 - 12/3
12/5 - 10
12/12 - 17
12/19 - 24
12/26 - 31