

11-CV-02119-BR

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY CHEN,

        Plaintiff,

v.

CITY OF MEDINA,

        Defendant.

CASE NO. C11-2119-JCC

VERDICT FORM

We, the Jury, being duly empanelled and sworn upon oath, unanimously state the following verdict:

    Question 1:    With regard to Plaintiff's first (WLAD) claim, do you find that Defendants engaged in an adverse employment action and that Plaintiff's race and/or national origin was a substantial factor in such adverse employment action?

    Answer:    _____ (Yes)    ✓ (No)

    Question 2:    With regard to Plaintiff's second (§ 1981) claim, do you find that Donna Hanson engaged in an adverse employment action and that Plaintiff's race was a substantial factor in such adverse employment action?

    Answer:    _____ (Yes)    ✓ (No)

    Question 3:    With regard to Plaintiff's third (§ 1983) claim, do you find that Defendants engaged in an adverse employment action and that Plaintiff's race and/or national origin was a substantial factor in such adverse employment action?

    Answer:    _____ (Yes)    ✓ (No)

If your answer to Question No. 1, Question No. 2, or Question No. 3 is "Yes," then proceed to Question No. 4. If your answer to Question No. 1, Question No. 2, and Question No. 3 is "No," then proceed to Question No. 8.

Question 4:   On which adverse employment action or actions do you find for Plaintiff?

Answer:

| | | |
|---|---|---|
| Forcing a Resignation or Placing On Paid Administrative Leave | _____ (Yes) | _____ (No) |
| Discharging Plaintiff | _____ (Yes) | _____ (No) |

Question 5:   Do you find that Defendants have proven by clear and convincing evidence that they would have engaged in the same adverse employment action regardless of Plaintiff's race? If you did not find for Plaintiff as to a particular adverse employment action, then check "N/A" as to that action.

Answer:

| | | | |
|---|---|---|---|
| Forcing a Resignation or Placing On Paid Administrative Leave | _____ (Yes) | _____ (No) | _____ (N/A) |
| Discharging Plaintiff | _____ (Yes) | _____ (No) | _____ (N/A) |

If your answer to Question No. 5 is "No" as to one or more adverse employment actions, then proceed to Question No. 6. If your answer to Question No. 5 is "Yes" or "N/A" as to all adverse employment actions, then proceed to Question No. 8.

Question 6:   Do you find that Defendants have proven by a preponderance of the evidence that Donna Hanson would have engaged in the same adverse employment action regardless of Plaintiff's race? If you did not find for Plaintiff as to a particular adverse employment action, then check "N/A" as to that action.

| | | | |
|---|---|---|---|
| Forcing a Resignation or Placing On Paid Administrative Leave | _____ (Yes) | _____ (No) | _____ (N/A) |
| Discharging Plaintiff | _____ (Yes) | _____ (No) | _____ (N/A) |

Question 7:   What amount of damages, if any, do you award to Plaintiff on his first (WLAD), second (§ 1981), and/or third (§ 1983) claims?

Answer:

|  | WLAD | § 1981 | § 1983 |
|---|---|---|---|
| Back Pay (Lost Wages) | $ _____ | $ _____ | $ _____ |
| Back Pay (Lost Benefits) | $ _____ | $ _____ | $ _____ |
| Front Pay | $ _____ | $ _____ | $ _____ |
| Emotional Harm | $ _____ | $ _____ | $ _____ |

Question 8:   With regard to Plaintiff's fourth (substantive due process) claim, do you find in favor of Plaintiff?

Answer:   _____ (Yes)   ___✓____ (No)

If your answer to Question No. 8 is "Yes," then proceed to Question No. 9. If your answer to Question No. 8 is "No," then skip Question No. 9 and proceed to the instructions immediately after Question No. 9.

Question 9:   What amount of damages, if any, do you award to Plaintiff on his fourth (substantive due process) claim?

Answer:

Back Pay          $ _____

Front Pay         $ _____

Emotional Harm    $ _____

If you answered "Yes" to Question No. 2, Question No. 3, or Question No. 8, then proceed to Question No. 10. If you answered "No" to Question No. 2, Question No. 3, and Question No. 8, then sign and date the Verdict form.

Question 10:   Do you find that Donna Hanson's conduct was malicious, oppressive, or in reckless disregard of Plaintiff's rights?

Answer:   _____ (Yes)   _____ (No)

If your answer to Question No. 10 is "Yes," then proceed to Question No. 11. If your answer to Question No. 10 is "No," then sign and date the Verdict form.

VERDICT FORM
PAGE - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

     Question 11: What amount of punitive damages, if any, do you award against Donna Hanson?

     Answer: $ _____

*INSTRUCTION: You are finished with this form. The presiding juror should sign and date this form and return it to the Court.*

DATED this 21 day of August 2014.

*aaron Shaw* (signature)
PRESIDING JUROR

VERDICT FORM
PAGE - 4