FILED

MAY 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JEFFREY CHEN, individually,

Plaintiff - Appellant,

v.

CITY OF MEDINA, a public agency and Washington noncharter code city and DONNA HANSON, in her official and individual capacities,

Defendants - Appellees.

No. 14-36058

D.C. No. 2:11-cv-02119-JCC
Western District of Washington,
Seattle

ORDER

The appellant's motion under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal with prejudice is granted.

A copy of this order shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

GS 05/25/2015/Pro Mo